LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

SCOTT P. NEALEY
PARTNER

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

April 10, 2008

**BY HAND DELIVERY**

Stuart Gordon & Patience Porter
GORDON & REES
275 Battery Street, 20th Floor
San Francisco, CA 94111

Re:   <u>MDL 1699 Service of Complaints</u>

Dear Stu:

Enclosed please find the following complaint:

1. *Mary Basilisco, et al. v. Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC, (F.K.A. G.D. Searle & Co.), and Monsanto Company* Case Number C-08-1746-CRB (BEASLEY, ALLEN, CROW, METHVIN, PORTIS and MILES, P.C.)

for which I am forwarding the summons and complaint. These are being forwarded pursuant to our agreement on service of summons.

Monsanto will be served through their Agent for Service of Process separately.

Please contact me if I can be of any further assistance.

Very truly yours,

Scott P. Nealey

SPN:wrt
Enclosures
Cc: Navan Ward, Jr., Beasley Allen Crow Methvin Portis and Miles, P.C., P.O. Box 4160, Montgomery, AL 36104

757986.1