| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 1854 1013 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X  APRIL GUSS | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | | |

1. Article Addressed to:

Monsanto Company
c/o CSC - Lawyers Incorporating Service
Post Office Box 526036
Sacramento, CA 95852-6036

Basilisco 08-1746

PS Form 3811, January 2005    Domestic Return Receipt