| | |
|---|---|
| 1 | Frank Woodson |
| | Navan Ward |
| 2 | **BEASLEY, ALLEN, CROW, METHVIN,** |
| | **PORTIS & MILES, P.C.** |
| 3 | 218 Commerce Street |
| | P.O. Box 4160 |
| 4 | Montgomery, Alabama 36103 |
| | Telephone: 334-269-2343 |
| 5 | Facsimile: 334-954-7555 |
| | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB) | |
| *John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB) | |
| *Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB) | |
| *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB) | |
| *Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB) | |
| *William Crowley vs. Pfizer Inc* (06-2668 CRB) | |
| *Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB) | |
| *Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Willevene Gruver, et al. vs. Pfizer Inc, et al.* (06-2940 CRB) |
| 3 | *Michael Castle, et al. vs. Pfizer Inc, et al.* (06-3061 CRB) |
| 4 | |
| 5 | *Henry Anderson vs. Pfizer Inc, et al.* (06-3418 CRB) |
| 6 | *Carolyn Chasteen vs. Pfizer Inc, et al.* (06-3433 CRB) |
| 7 | |
| 8 | *James Craig vs. Pfizer Inc, et al.* (06-3554 CRB) |
| 9 | *Connie Akridge vs. Pfizer Inc, et al.* (06-3555 CRB) |
| 10 | |
| 11 | *Faye Cochran vs. G.D. Searle LLC, et al.* (06-3654 CRB) |
| 12 | *Herbert R. Gorham vs. G.D. Searle LLC, et al.* (06-3657 CRB) |
| 13 | |
| 14 | *David Dobbins vs. Pfizer Inc, et al.* (06-3950 CRB) |
| 15 | *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.* (06-4012 CRB) |
| 16 | |
| 17 | *Jerry Goodman vs. Pfizer Inc, et al.* (06-4013 CRB) |
| 18 | *Gene N. Gordon vs. G.D. Searle LLC, et al.* (06-4294 CRB) |
| 19 | |
| 20 | *Alyce B. Elliott vs. Pfizer Inc, et al.* (06-4419 CRB) |
| 21 | *Roger D. Conner vs. G.D. Searle LLC, et al.* (06-4483 CRB) |
| 22 | |
| 23 | *Elaine Givens vs. Pfizer Inc, et al.* (06-4608 CRB) |
| 24 | *Shelia Adams, et al. vs. Pfizer Inc, et al.* (06-5040 CRB) |
| 25 | |
| 26 | *Veronica Grice, et al. vs. Pfizer Inc, et al.* (06-5385 CRB) |
| 27 | *Jeffery L. Davis vs. Pfizer Inc, et al.* (06-7009 CRB) |
| 28 | |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.* (06-7523 CRB) |
| 2 | |
| 3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.* (06-7524 CRB) |
| 4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.* (06-7770 CRB) |
| 5 | |
| 6 | *Christene Canada vs. Pfizer Inc, et al.* (06-7771 CRB) |
| 7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.* (06-7772 CRB) |
| 8 | |
| 9 | *Dannie Graham vs. Pfizer Inc, et al.* (06-7774 CRB) |
| 10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.* (06-7775 CRB) |
| 11 | |
| 12 | *Michael Fisher vs. Pfizer Inc, et al.* (07-0761 CRB) |
| 13 | *George S. Chiotakis vs. Pfizer Inc, et al.* (07-0860 CRB) |
| 14 | |
| 15 | *Ricky Estep vs. Pfizer Inc, et al.* (07-0971 CRB) |
| 16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.* (07-1124 CRB) |
| 17 | |
| 18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.* (07-1356 CRB) |
| 19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.* (07-1371 CRB) |
| 20 | |
| 21 | *Richard L. Bowden vs. Pfizer Inc, et al.* (07-1375 CRB) |
| 22 | *Betty Grulke vs. Pfizer Inc, et al.* (07-1768 CRB) |
| 23 | |
| 24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.* (07-1874 CRB) |
| 25 | *Phyllis Buonopane vs. Pfizer Inc, et al.* (07-2026 CRB) |
| 26 | |
| 27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.* (07-3034 CRB) |
| 28 | *Betty Lou Bass vs. Pfizer Inc, et al.* |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1. (07-3643 CRB)
2. *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
   (07-3646 CRB)
3. 
4. *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
   (07-3955 CRB)
5. *Helen Alexander, et al. vs. Pfizer Inc, et al.*
   (07-4382 CRB)
6. 
7. *James Dauphinais, et al. vs. Pfizer Inc, et al.*
   (07-4983 CRB)
8. *James Darty vs. G.D. Searle LLC, et al.*
   (07-5399 CRB)
9. 
10. *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
    (07-5590 CRB)
11. *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)
12. 
13. *Peter Fos vs. Pfizer Inc, et al.*
    (07-5685 CRB)
14. *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)
15. 
16. *Vivian Cobb vs. Pfizer Inc, et al.*
    (08-0257 CRB)
17. *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)
18. 
19. *Harriet Bratcher vs. Pfizer Inc, et al.*
    (08-0795 CRB)
20. *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)
21. 
22. *Ramond Beaver vs. Pfizer Inc, et al.*
    (08-1015 CRB)
23. *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)
24. 
25. *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
    (08-1224 CRB)
26. *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)
27. 
28. *Tim Gray vs. Pfizer Inc, et al.*
    (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | *Owen L. May, et al. vs. Pfizer Inc, et al.* |
| 2 | (08-1590 CRB) |
| 3 | *Ronald Carr, et al. vs. Pfizer Inc, et al.* (08-1591 CRB) |
| 4 | |
| 5 | *Mary Basilisco, et al. vs. Pfizer Inc, et al.* (08-1746 CRB) |
| 6 | *Earnest Colvin vs. Pfizer Inc, et al.* (08-2470 CRB) |
| 7 | |
| 8 | *Velma Burt vs. Pfizer Inc, et al.* (08-2471 CRB) |
| 9 | *Sarah Benton vs. Pfizer Inc, et al.* (08-2605 CRB) |
| 10 | |
| 11 | *Lawanda Bell vs. Pfizer Inc, et al.* (08-3708 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/29/2009    By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | DATED: Oct. 29, 2009     By: _/s/ illegible_ |
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 4 | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-